IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA    )
    )
v.    )    CR. NO. 1:11-cr-18-WC
    )
ERANSOM MILLER, III    )

# **O R D E R**

Upon consideration of the Government's Motion for Leave to Dismiss the

Information (Doc. #44), and for good cause it is

ORDERED that the Motion is GRANTED; the Information against ERANSOM

MILLER, III is hereby DISMISSED without prejudice.

Done this 2nd day of February, 2012.


/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE